| | |
|---|---|
| **District Court, Arapahoe County, Colorado**<br>Court Address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | DATE FILED<br>August 1, 2024 4:04 PM<br>FILING ID: 35037C6ABC746<br>CASE NUMBER: 2024CV31649 |
| Plaintiff: **BERTHA LOMELI**, an individual;<br><br>v.<br><br>Defendants: **TARGET CORPORATION**, a Minnesota corporation; and **GLOBAL BUILDING SERVICES, INC.**, a California Corporation. | ▲ COURT USE ONLY ▲ |
| Attorneys on behalf of Plaintiff<br>Timur G. Kishinevsky, Esq. Atty. Reg. #31085<br>Michael J. Buchanan, Esq. Atty. Reg. #21780<br>Ian Griffin, Esq. Atty. Reg. #48782<br>Law Office of Timur Kishinevsky<br>2851 South Parker Road, Suite 150<br>Aurora, Colorado 80014<br>P: (720) 748-8888<br>F: (720) 748-8894<br>E: tkish@coloradolawteam.com;<br>buchanan@coloradolateam.com;<br>ian@coloradolawteam.com | Case No.:<br><br>Div./Courtroom: |
| **COMPLAINT WITH JURY DEMAND** | |

Plaintiff, Bertha Lomeli, through undersigned attorneys of the Law Office of Timur Kishinevsky, for her Complaint with Jury Demand against Defendants Target Corporation and Global Building Services, Inc. states and alleges as follows:

## GENERAL ALLEGATIONS

1. Plaintiff Bertha Lomeli is an individual and resides at 14455 Robins Drive, Denver, Colorado 80239.

2. Defendant Target Corporation is a Minnesota corporation in good standing with the Colorado Secretary of State with a principal place of business located at 1000 Nicollet Mall, Minneapolis, Minnesota 55403. It reports a registered agent of C T Corporation System, with an address of 7700 East Arapahoe Road, Suite 220, Centennial, Colorado 80112.

3. Defendant Global Building Services, Inc. is a California corporation in good standing with the Colorado Secretary of State with a principal place of business located at 27433 Tourney Road, Suite 280, Valencia, California 91355. It reports a registered agent of C T Corporation Systems, with an address of 7700 East Arapahoe Road, Suite 220, Centennial, Colorado 80112.



**EXHIBIT A**

4. Plaintiff works for Shipt making deliveries as a contractor.

5. On August 13, 2022, Plaintiff Lomeli arrived at the Target Aurora City Place store located at 14200 East Ellsworth Avenue, Aurora, Colorado 80012 to pick up a delivery.

6. Target Corporation operated the Target Aurora City Place store.

7. Global Building Services, Inc. was in charge of the cleaning maintenance of the Target Aurora City Place store by contract, including but not limited to the cleaning equipment for the floors and the condition of the floors.

8. Plaintiff was wearing appropriate footwear and had no physical impediments affecting her.

9. Aisle M1 was unsupervised and unmarked with caution signs.

10. While Plaintiff walked through aisle M1, unbeknownst to Plaintiff, there was a puddle of water on the floor.

11. Suddenly and unexpectedly, Plaintiff slipped on the water and violently fell to the ground spraining her ankle and causing pain in her left knee.

12. The water's source was a floor cleaning machine, and such machine was not completely visible to people in the area.

13. Defendants owed a duty to operate and maintain the subject property in a safe and prudent manner and to maintain the premises in a safe condition free from hidden hazards and defects. Defendants were negligent in that they maintain the subject property in a careless manner and/or otherwise failed to sufficiently warn of any and all hazards, defects, and conditions which resulted in Plaintiff sustaining injuries. Some if not all Defendants' actions constitute premises liability.

14. As a direct and proximate result of the negligence and carelessness of Defendants, Plaintiff has suffered personal injuries, some or all of which are or may be permanent; has endured and will endure continuous physical, mental, and psychological pain and suffering; has suffered permanent loss of enjoyment of life, past and future; has incurred medical and healthcare bills for treatment and care and will continue to do so in the future; and has lost the value of her home services past and future.

15. Defendants' negligence and/or permitting of activities to be conducted or allowing a condition(s) to be present on the subject property which they knew, or reasonably should have known, created an unreasonable risk of injury, damage, and/or loss caused Plaintiff to incur past, present, and future noneconomic injuries, damage, and losses including pain and suffering, inconvenience, emotional distress, and/or impairment of quality of life.

16. Defendants' negligence and/or permitting of activities to be conducted or allowing a condition(s) to be present on the subject property which they knew, or reasonably should have known, created an unreasonable risk of injury, damage, and/or loss caused Plaintiff to incur past,

present, and economic losses including reasonable and necessary medical expenses including physician, hospital therapy, prescription, and/or other medical expenses.

17. Because of her slip-and-fall incident and could not perform normal job functions for 67 days, leading to a loss of wages.

## CLAIMS AND CAUSES OF ACTION

***First and Second Claims for Relief: Premises Liability***
***(Plaintiff v. Both Defendants)***

18. Plaintiff incorporates all other paragraphs as if fully set forth herein.

19. On or about August 13, 2022, Target Corporation owned, operated, controlled or conducted activities of the above-described Target Aurora City Place store.

20. On the same day, Global Building Services, Inc. was contracted as maintenance and therefore responsible for the floor conditions at the Target Aurora City Place store.

21. Plaintiff was at the subject property as an invitee.

22. Target Corporation as operator of the Target Aurora City Place store was negligent because it failed to use its nondelegable duty to exercise reasonable care in the management and maintenance of the premises with respect to conducting business on the premises, or to give adequate warning of the hazardous condition(s) existing at the Target Aurora City Place store.

23. Global Building Services, Inc. as the contracted entity in possession of the floors of the Target Aurora City Place store was negligent because it failed to u exercise reasonable care in the management and maintenance of the premises with respect to conducting business on the premises, or to give adequate warning of the hazardous condition(s) existing at the Target Aurora City Place store.

***Third and Fourth Claims for Relief: Negligence (Argument in the Alternative)***
***(Plaintiff v. Both Defendants)***

24. Plaintiff asserts her third and fourth claims for relief in the alternative in the event that either one or both Defendants are determined by the Court not to be landowners.

25. Plaintiff incorporates all other paragraphs as if fully set forth herein.

26. Plaintiff had injuries, damages, and/or losses.

27. Defendants were negligent by failing to warn of standing water on or by maintaining non-slip conditions in aisle M1 of the Target Aurora City Place store.

28. Defendants' negligence was a cause of Plaintiff's injuries, damages, and/or losses.

***Plaintiff requests a trial by jury on all issues so triable.***



**EXHIBIT A**

WHEREFORE, Plaintiff Bertha Lomeli respectfully requests judgment in her favor and against Defendants Target Corporation and Global Building Services, Inc., jointly and severally, in an amount to be proven at trial, together with pre- and post-judgment interest, attorney fees, costs, and any such other and further relief as the Court deems just and fair.

Respectfully submitted August 1, 2024

Law Office of Timur Kishinevsky

Original signature on file with Law Office of Timur Kishinevsky LLC.

s/ Ian Griffin, Esq.

Timur Kishinevsky, Atty. Reg. #31085
Michael J. Buchanan, Atty. Reg. #21780
Ian Griffin, Atty. Reg. #48782
Attorneys for Plaintiff(s)
2851 S. Parker Rd., Ste. 150
Aurora, Colorado 80014
P: (720) 748-8888
F: (720) 748-8894

Plaintiff's address: 14455 Robins Drive, Denver, Colorado 80239



**EXHIBIT A**